UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>ANTHONY PLEDGER, )<br>          Defendant. ) | CRIMINAL NO. 14-cr-10036-WGY |

## **SENTENCING MEMORANDUM**

Defendant, Anthony Pledger, submits this brief memorandum in advance of the Sentencing Hearing scheduled for Monday, September 28, 2014, at 10:00 a.m.

The parties negotiated a (c)(1)(C) plea agreement with a broad range—10 years (120 months, the mandatory minimum) to 17 years and 4 months (208 months). The government filed a Sentencing Memorandum on Monday, September 21, 2015, pressing its case for the top of this range.

The Defendant anticipates, however, that the parties will be in a position to jointly recommend the Court impose a sentence of 15 years, or 180 months, which is eighteen months over the middle of this range, at the sentencing hearing[1].

In support of this recommendation, the Defendant avers that it is consistent with other sentences imposed in this Court and this district on similarly situated Defendants. In particular, it is more severe than the sentence imposed on Mr. Pledger's co-defendant, Miriam Kizzie, sentenced to 153 months on May 11, 2015, the impact of whose offense conduct the government acknowledges was worse, while his criminal history was not as severe. In addition, it achieves

---

[1] Although not a part of the plea agreement, the Defendant intends to assent to the imposition of additional Supervised Release conditions the government proposed in its September 21 memorandum.

parity with this Court's sentence in *United States v. Minasian*, 13-cr-10099-WGY, in which the defendant had a criminal history which was comparably serious, and the impact of whose offense conduct was also worse than in Mr. Pledger's case.

The are additional reasons which support this recommendation.

Mr. Pledger was subjected to somewhat appalling neglect and deprivation as a youngster, to which he somewhat predictably reacted. His father, a violent criminal who disowned him, served a long federal prison sentence, and is currently on supervised release in Boston. PSR ¶ 110. His mother sold drugs and was a prostitute herself; she served a significant prison sentence for bank robbery while Mr. Pledger was a youngster. PSR ¶108. Mr. Pledger was raised in an environment in which criminal activity, violence, and prostitution was normalized.

He is nevertheless a bright and reflective person, so that one wonders what he would have become if brought up in more benign circumstances. He cites the fact he walked across the stage to receive his high school diploma as one of his proudest moments. PSR ¶136. While at Wyatt Detention Facility, he has spent his time reading and writing, and has completed one novel (over 300 manuscript pages long), and is in the middle of another. PSR ¶137. He frequently states to the undersigned, and is expected to state in his allocution, that he is through with his criminal career, and looks forward to serving his lengthy sentence and then beginning a first chapter of a productive life.

For these and other reasons which will be amplified upon at the Sentencing Hearing, the Defendant submits a sentence of 180 months is a reasonable and appropriate sentence, and requests the Court impose it.

Respectfully submitted,
ANTHONY PLEDGER,
By his attorney,


/s/Ian Gold
Ian Gold (BBO# 665948)
2 Clock Tower Place, Ste. 260 EF
Maynard, Mass. 01754
(617) 297-7686 (office & mobile)
ian.gold@iangoldlaw.com

Date:  September 25, 2015

**CERTIFICATE OF SERVICE**

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date, Sept. 25, 2015.

/s/Ian Gold
Ian Gold